UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 13, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                      )<br>            Plaintiff,                     )<br>v.                                                )<br>                                                      )<br>ANGELA BOSCHKE,                 )<br>            Defendant.                  )<br>_____) | Case No. CR.S-10-0299-EJG<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release ANGELA BOSCHKE, Case No. CR.S-10-0299-EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___     Release on Personal Recognizance

    _X_     Bail Posted in the Sum of: $50,000.00

          _X_     Unsecured Appearance Bond

          ___     Secured Appearance Bond

          _X_     (Other) Conditions as stated on the record.

          _X_     (Other) The defendant is ordered released on 05/16/2011 by 9:00 a.m. to the custody of the Pretrial Services Officer.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   05-13-2011   at   4:05 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge