TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
11930 HERITAGE OAK PL #6
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
ANGELA BOSCHKE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LAREDO, et al<br><br>    Defendant. | No. CR.S-10-299 EJG<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO AMEND RELEASE CONDITIONS<br><br>Date:<br>Time:<br>Judge: Hon. Gregory G. Hollows |

The parties hereby stipulate the following:

1. Pretrial Services Officer Steve Sheehan recommends that Ms. Boschke participate in the MRT program. Ms. Boschke, defense counsel and the Government agree with the recommendation. We request that the Court, if it finds the recommendation to be appropriate, amend Ms. Boschke's pretrial release conditions to include the following: "You shall participate in a cognitive behavior treatment program (MRT) as directed by the pretrial services officer.  Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office."

Dated:  September 23, 2011                              //s/ Toni Carbone
                                                                            TONI CARBONE
                                                                            Attorney for defendant
                                                                            Angela Boschke

Dated: September 23, 2011 /s/ Daniel McConkie
DANIEL MCCONKIE
Assistant United States Attorney

## ORDER

The Court hereby amends Angela Boschke's pretrial release conditions to include participation in the cognitive behavior treatment program (MRT) as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.

DATED: September 26, 2011     /s/ Gregory G. Hollows
HON. JUDGE GREGORY G. HOLLOWS