TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Pl. #6
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
ANGELA BOSCHKE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LAREDO, et al<br><br>　　　　Defendant. | No. 2:10-CR-299 EJG<br><br>ORDER CONTINUING STATUS CONFERENCE<br><br>Date:　October 14, 2011<br>Time:　9:00 a.m.<br>Judge: Hon. Edward J. Garcia |

The parties hereby stipulate the following:

1. Status Conference in this matter is presently set for October 14, 2011. Counsel for the above-referenced defendants and counsel for the Government request that the date for status be continued to December 2, 2011. The above-referenced defendants are set to be arraigned on a second superseding indictment on October 28, 2011. Our joint request is to continue the case for a status conference subsequent to the arraignment date. This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

1

2. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards a resolution) and Local Code T4 (time for defense counsel to prepare), and agree to exclude time from the date of the filing of the order until the date of the status conference, December 2, 2011 .

3. The parties agree to continue the status conference to December 2, 2011.

Dated: October 13, 2011                        Respectfully submitted,


Dated: October 13, 2011                        /s/ Toni Carbone for
                                               MICHAEL E. HANSEN
                                               Attorney for Defendant
                                               BERNARDO LAREDO


Dated: October 13, 2011                        /s/ Toni Carbone for
                                               DAVID FISCHER
                                               Attorney for Defendant
                                               FRANCISCO PULIDO

Dated: October 13, 2011                        /s/ Toni Carbone for
                                               DAVID FISCHER
                                               Attorney for Defendant
                                               FRANCISCO PULIDO

Dated: October 13, 2011                        /s/ Toni Carbone for
                                               DANNY D. BRACE, JR.
                                               Attorney for Defendant
                                               BRENDA DESHIELDS

Dated: October 13, 2011                        /s/ Toni Carbone for
                                               DINA SANTOS
                                               Attorney for Defendant
                                               MARA STILES

Dated: October 13, 2011                        /s/ Toni Carbone for

|   |   |
|---|---|
|   | TOM JOHNSON<br>Attorney for Defendant<br>CHARLES DAVIES |
| Dated: October 13, 2011 | /s/ Toni Carbone for<br>WILLIAM BONHAM<br>Attorney for Defendant<br>SCOTT PETERSON |
| Dated: October 13, 2011 | /s/ TONI CARBONE<br>Attorney for Defendant<br>ANGELA BOSCHKE |
| Dated: October 13, 2011 | /s/ Toni Carbone for<br>DANIEL McCONKIE<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the status conference of the above-named defendants be continued from October 14, 2011 to December 2, 2011. It is further ordered that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards a resolution) and Local Code T4, and that time is excluded time from the date of the filing of the order until the date of the status conference, December 2, 2011 .

DATED: October 14, 2011                                   /s/ Edward J. Garcia
                                                          UNITED STATES DISTRICT JUDGE