**FILED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

OCT -7 2013


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA BOSCHKE,<br><br>Defendant. | Case No. 2:10-CR-00299-09<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANGELA BOSCHKE , Case No. 2:10-CR-00299-09 from custody for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ _____

  __X__ Unsecured Appearance Bond $ 50,000.00

  _____ Appearance Bond with 10% Deposit

  _____ Appearance Bond with Surety

  _____ Corporate Surety Bail Bond

  __X__ (Other):   Be released into the custody of Mr. Kohrummel of the Clean & Sober program, in order to participate in this program, at 9:00 a.m. on October 8, 2013.

Issued at Sacramento, California on October 7, 2013.

By: _____

Chief Magistrate Judge Dale A. Drozd

Copy Given Tousin