1   BENJAMIN B. WAGNER
    United States Attorney
2   JUSTIN L. LEE
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                 CASE NO.  2:10-CR-00299-09 WBS

12                          Plaintiff,        STIPULATION TO CONTINUE CHANGE OF
                                              PLEA HEARING AND EXCLUDE TIME
13                  v.
                                              DATE: November 18, 2013
14  ANGELA BOSCHKE                            TIME:  9:30 a.m.
                                              COURT: Hon. William B. Shubb
15                          Defendant.

16

17                              **STIPULATION**

18          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20          1.      By previous order, this matter was set for a Change of Plea Hearing on November 18,

21  2013.

22          2.      By this stipulation, the parties now move to continue the Change of Plea Hearing to

23  December 30, 2013, and to exclude time between November 18, 2013, and December 30, 2013, under

24  Local Code T4.

25          3.      The parties agree and stipulate, and request that the Court find the following:

26          a)      Counsel for defendant desires additional time review discovery, discuss potential

27  resolution with the defendant, and investigate and research issues related to sentencing mitigation.

28          b)      Counsel for defendant believes that failure to grant the above-requested

    STIPULATION RE: CONTINUING PLEA HEARING AND        1
    EXCLUDING TIME

1   continuance would deny her the reasonable time necessary for effective preparation, taking into

2   account the exercise of due diligence.

3              c)      The government does not object to the continuance.

4              d)      Based on the above-stated findings, the ends of justice served by continuing the

5   case as requested outweigh the interest of the public and the defendant in a trial within the

6   original date prescribed by the Speedy Trial Act.

7              e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

8   et seq., within which trial must commence, the time period of November 18, 2013, to December

9   30, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

10  Code T4] because it results from a continuance granted by the Court at defendant's request on the

11  basis of the Court's finding that the ends of justice served by taking such action outweigh the best

12  interest of the public and the defendant in a speedy trial.

13      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

14  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

15  must commence.

16      IT IS SO STIPULATED.

17  Dated:  November 14, 2013                 BENJAMIN B. WAGNER
                                                   United States Attorney

18

19                                          /s/ JUSTIN L. LEE
                                        JUSTIN L. LEE

20                                          Assistant United States Attorney

21
    Dated:  November 14, 2013                 /s/ TONI CARBONE

22                                            TONI CARBONE
                                        Counsel for Defendant

23

24                              **FINDINGS AND ORDER**

25      IT IS SO FOUND AND ORDERED.

26      Dated:  November 15, 2013

27                                        WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE

28