BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00299-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ANGELA BOSCHKE, and BERNARDO LAREDO, | DATE: December 30, 2013<br>TIME: 9:30 a.m.<br>COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on December 30, 2013.

2. By this stipulation, defendants now move to continue the status conference until March 3, 2014 at 9:30 a.m., and to exclude time between December 30, 2013, and March 3, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendants desire additional time to review discovery, discuss potential resolution with their clients, and investigate and research issues related to sentencing mitigation.

b) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.

        c)       The government does not object to the continuance.

        d)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 30, 2013, to March 3, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 27, 2013                        BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   /s/ JUSTIN L. LEE
                                                   JUSTIN L. LEE
                                                   Assistant United States Attorney

Dated:  December 27, 2013                        /s/ Toni Carbone
                                                   TONI CARBONE
                                                     Counsel for Defendant
                                                     Angela Boschke

Dated:  December 27, 2013                        /s/ Clemente Jimenez
                                                     CLEMENTE JIMENEZ
                                                     Counsel for Defendant
                                                     Bernardo Laredo

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  December 30, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE