TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
ANGELA BOSCHKE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>ANGELA BOSCHKE,<br><br>                        Defendant. | CASE NO. 2:10-CR-00299-09 WBS<br><br>**STIPULATION AND [PROPOSED] FINDINGS AND ORDER CONTINUING CHANGE OF PLEA HEARING**<br><br>Date: June 2, 2014<br>Time: 9:30 am.<br>Court: Hon. William B. Shubb |

   Defendant, ANGELA BOSCHKE, by and through her counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

   1.   By previous order, this matter was set for Change of Plea Hearing on April 28, 2014.

   2.   By this stipulation, the parties now move to continue the Change of Plea Hearing from April 28, 2014 until June 2, 2014 at 9:30 a.m., and to exclude time between April 28, 2014 and June 2, 2014 under Local Code T4.

   3.   The parties agree and stipulate, and request that the Court find the following:

      a.   Counsel for defendants desires additional time to review discovery, discuss potential resolutions with the defendants, and investigate and research issues related to sentencing mitigation. Based on ongoing negotiations, the Government presented a new plea agreement to Counsel and active discussions related to issues surrounding resolution and sentencing mitigation

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1

and progress is being made. Counsel also needs additional time to present the plea agreement to defendant and to review it with her.

   b. Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c. The Government does not object to the continuance.

   d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 28, 2014 and June 2, 2014 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 25, 2014        BENJAMIN B. WAGNER
                 United States Attorney

                 By: */s/ Toni White for*
                 JUSTIN L. LEE
                 Assistant U.S. Attorney

                 For the United States

Dated:  April 25, 2014        By: */s/ Toni White*
                 TONI WHITE
                 For the Defendant Angela Boschke

# **O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: April 25, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE