BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA BOSCHKE,<br><br>Defendant. | CASE NO. 2:10-CR-00299-09 WBS<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME<br><br>DATE: June 2, 2014<br>TIME:  9:30 a.m.<br>COURT: Hon. William B. Shubb |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Status Hearing on June 2, 2014.

2. By this stipulation, the parties now move to set the matter for a Change of Plea Hearing on July 28, 2014, and to exclude time between June 2, 2014, and July 28, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desires additional time review discovery, discuss potential resolution with the defendant, and investigate and research issues related to sentencing mitigation.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 2, 2014, to July 28, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 29, 2014                          BENJAMIN B. WAGNER
                                             United States Attorney

                                              /s/ JUSTIN L. LEE
                                             JUSTIN L. LEE
                                             Assistant United States Attorney

Dated: May 29, 2014                           /s/ TONI WHITE
                                             TONI WHITE
                                             Counsel for Defendant

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED .

Dated: May 29, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE