IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:10-cr-00299 WBS |
|---|---|---|
| Plaintiff, | ) ) ) | **O R D E R** **APPOINTING COUNSEL** |
| vs. ANGELA BOSCHKE, | ) ) ) | |
| Defendant. | ) ) ) | |

The defendant has, under oath, sworn or affirmed as to her financial inability to employ counsel.

OFFENSE: 18 USC § 3583(e)(3)

CJA Panel attorney Toni White is hereby appointed effective October 8, 2015, the date the Office of the Federal Defender first contacted her.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

Dated:  October 21, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE